UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-11-1



FILED
2012 MAY 15 A 6: 58

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:12CR104 EBR |
| v. | VIOLATIONS: |

KEVIN WILSON, a.k.a. "Nature" and "Nate,"
RICHARD ANDERSON, a.k.a. "Mayut" and "Porter,"
LYNWOOD BACOTE, a.k.a. "Max,"
BRAD BRANNIC, a.k.a. "Cracks,"
PATRICK BATCHELOR, a.k.a. "Diddy,"
TOMMY BATTLE, a.k.a. "Twin,"
JEFFREY BENTON, a.k.a. "Fresh,"
CHOLOE BRIGHT, a.k.a. "Chi-Chi" and "Chello,"
EZEL BUCHANAN, a.k.a. "EZ,"
PHILIP BRYANT, a.k.a. "Phat Phil" and "Fizzy,"
RAYMOND CARSON, a.k.a. "Dirt,"
VINCENT CLARK, a.k.a. "Nu-Nu" and "Duke,"
FREDRICK COX, a.k.a. "Boot,"
FREDRICK COX, Sr., a.k.a. "Bama-Lama,"
DARRELL DAVIS, a.k.a. "Baller,"
JOHNNY DE LOS SANTOS, a.k.a. "Na-Na,"
JOSE DEJESUS, a.k.a. "Flaco,"
JOSHUWA DIAZ, a.k.a. "Fot,"
ERIC DURANT, a.k.a. "5-8,"
DANIEL EVANS, a.k.a. "D-Nice,"
GILBERT GALAN, Jr., a.k.a. "G" and "Skittles,"
PIERRE GALAN, a.k.a. "PLO,"
JERMAINE GALBERTH, a.k.a. "Maine,"
CARL HAILEY, a.k.a. "Squirt,"
WILLIAM HINES, a.k.a. "Gunz,"
EMORY JAMES, a.k.a. "Emmo,"
LAMAR JONES, a.k.a. "Cream,"
COREY MADDOX, a.k.a. "CL,"
JAMES MOORE, a.k.a. "Coolie D,"
JESUS MORALES, a.k.a. "Cano,"
RICKY NEWTON, a.k.a. "Sup,"
CHRISTINA PALLUOTO,
AMAURY P'DILLA, a.k.a. "Audi,"
QUIYON REED, a.k.a. "Gutter,"
ROY REID, a.k.a. "Jamma,"
NELSON RIOS, a.k.a. "Pito,"

21 U.S.C. Sections 841(a)(1), 841(b)(1)(A) and 846 (Conspiracy to Distribute and to Possess With Intent to Distribute Narcotics)

21 U.S.C. Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Narcotics)

21 U.S.C. Section 843(b) (Use of a Telephone to Facilitate a Narcotics Trafficking Felony)

18 U.S.C. Sections 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Convicted Felon)

18 U.S.C. Section 924(c)(1)(A) (Possession of a Firearm in Furtherance of a Narcotics Trafficking Crime)

18 U.S.C. Section 2 (Aiding and Abetting)

18 U.S.C. Section 924(d), 21 U.S.C. Section 853 and 28 U.S.C. Section 2461(c) (Criminal Forfeiture)

MICHAEL SANTANA,
ROBERT SANTOS, a.k.a. "Scoot,"
ALEXIS SUTTON,
JOSE TORRES, a.k.a. "Lethal,"
JUAN VARGAS, a.k.a. "Juan Chiefy,"
JACQUELINE VALENTINE,
TYRESE WHITE, a.k.a. "Ears," and
MARCUS WYLIE, a.k.a. "Wally Don"

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Narcotics)

1. From approximately January 2011 through approximately January 2012, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants KEVIN WILSON, a.k.a. "Nature" and "Nate," RICHARD ANDERSON, a.k.a. "Mayut" and "Porter," LYNWOOD BACOTE, a.k.a. "Max," BRAD BRANNIC, a.k.a. "Cracks," TOMMY BATTLE, a.k.a. "Twin," JEFFREY BENTON, a.k.a. "Fresh," CHOLOE BRIGHT, a.k.a. "Chi-Chi" and "Chello," EZEL BUCHANAN, a.k.a. "EZ," PHILIP BRYANT, a.k.a. "Phat Phil" and "Fizzy," RAYMOND CARSON, a.k.a. "Dirt," VINCENT CLARK, a.k.a. "Nu-Nu" and "Duke," FREDRICK COX, a.k.a. "Boot," FREDRICK COX, Sr., a.k.a. "Bama-Lama," DARRELL DAVIS, a.k.a. "Baller," JOHNNY DE LOS SANTOS, a.k.a. "Na-Na," JOSE DEJESUS, a.k.a. "Flaco," JOSHUWA DIAZ, a.k.a. "Fot," ERIC DURANT, a.k.a. "5-8," DANIEL EVANS, a.k.a. "D-Nice," GILBERT GALAN, Jr., a.k.a. "Skittles," PIERRE GALAN, a.k.a. "PLO," JERMAINE GALBERTH, a.k.a. "Maine," CARL HAILEY, a.k.a. "Squirt," WILLIAM HINES, a.k.a. "Gunz," EMORY JAMES, a.k.a. "Emmo," LAMAR JONES, a.k.a. "Cream," COREY MADDOX, a.k.a. "CL," JAMES MOORE, a.k.a. "Coolie D," JESUS MORALES, a.k.a. "Cano," RICKY NEWTON, a.k.a. "Sup," CHRISTINA PALLUOTO,

2

AMAURY P'DILLA, a.k.a. "Audi," QUIYON REED, a.k.a. "Gutter," ROY REID, a.k.a. "Jamma," NELSON RIOS, a.k.a. "Pito," MICHAEL SANTANA, ROBERT SANTOS, a.k.a. "Scoot," ALEXIS SUTTON, JOSE TORRES, a.k.a. "Lethal," JUAN VARGAS, a.k.a. "Juan Chiefy," JACQUELINE VALENTINE, TYRESE WHITE, a.k.a. "Ears," and MARCUS WYLIE, a.k.a. "Wally Don," together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants WILSON, ANDERSON, BACOTE, BRANNIC, BATTLE, BENTON, BRIGHT, BUCHANAN, BRYANT, CARSON, CLARK, FREDRICK COX, FREDRICK COX, Sr., DAVIS, DE LOS SANTOS, DEJESUS, DIAZ, DURANT, EVANS, GILBERT GALAN, Jr., PIERRE GALAN, GALBERTH, HAILEY, HINES, JAMES, JONES, MADDOX, MOORE, MORALES, NEWTON, PALLUOTO, P'DILLA, REED, REID, RIOS, SANTANA, SANTOS, SUTTON, TORRES, VARGAS, VALENTINE, WHITE and WYLIE, together with others known and unknown to the Grand Jury, would distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii); and 280 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute and Distribution of Cocaine Base)

4. On or about May 10, 2011, in the District of Connecticut, the defendant KEVIN WILSON, a.k.a. "Nature" and "Nate," did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
(Possession with Intent to Distribute and Distribution of Cocaine Base)

5. On or about June 29, 2011, in the District of Connecticut, the defendants KEVIN WILSON, a.k.a. "Nature" and "Nate," and VINCENT CLARK, a.k.a. "Nu-Nu" and "Duke," did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(Possession with Intent to Distribute and Distribution of Cocaine Base)

6. On or about September 14, 2011, in the District of Connecticut, the defendant KEVIN WILSON, a.k.a. "Nature" and "Nate," did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
(Possession with Intent to Distribute 100 Grams or More of Heroin)

7.  On or about January 3, 2012, in the District of Connecticut, the defendants KEVIN WILSON, a.k.a. "Nature" and "Nate," and JOHNNY DE LOS SANTOS, a.k.a. "Na-Na," did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i), and Title 18, United States Code, Section 2.

## COUNT SIX
(Unlawful Possession of a Firearm by a Convicted Felon)

8.  On or about January 3, 2012, in the District of Connecticut, the defendant KEVIN WILSON, a.k.a. "Nature" and "Nate," having previously been convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, that is: (1) Two Counts of Sale of an Illegal Drug, in violation of Connecticut General Statutes §21a-278(b), on May 24, 2007, (2) Criminal Possession of a Weapon in violation of Connecticut General Statutes § 53a-217, on May 24, 2007, (3) Possession of Narcotics, in violation of Connecticut General Statutes § 21a-279(a), on November 1, 2004, (4) Sale of a Hallucinogen/Narcotic, in violation of Connecticut General Statutes § 21a-277(a), on October 31, 2003, and (5) Carrying a Pistol Without a Permit in violation of Connecticut General Statutes § 29-35(a), on October 31, 2003, did knowingly possess a firearm in and affecting commerce, that is, a Cobra Enterprises Model Patriot .45 caliber semi-automatic pistol, bearing serial number M005307, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN
(Possession of a Firearm in Furtherance of a Narcotics Trafficking Crime)

9. On or about January 3, 2012, in the District of Connecticut, the defendant KEVIN WILSON, a.k.a. "Nature" and "Nate", did knowingly and intentionally possess a firearm, that is, a Cobra Enterprises Model Patriot .45 caliber semi-automatic pistol, bearing serial number M005307, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, the crimes charged in Counts One and Five of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(2).

## COUNT EIGHT
(Unlawful Possession of Ammunition by a Convicted Felon)

10. On or about January 3, 2012, in the District of Connecticut, the defendant GILBERT GALAN, Jr., a.k.a. "G" and "Skittles," having previously been convicted in the Superior Court of the State of Connecticut of a crime punishable by a term of imprisonment exceeding one year, that is: Possession of Narcotics, in violation of Connecticut General Statutes § 21a-279(a), on July 7, 2004, did knowingly possess ammunition in and affecting commerce, that is, six Remington .32 caliber rounds, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT NINE
(Unlawful Possession of a Firearm by a Convicted Felon)

11. On or about January 3, 2012, in the District of Connecticut, the defendant PIERRE GALAN, a.k.a. "PLO," having previously been convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, that is: (1) Illegal Possession of an Assault Weapon, in violation of Connecticut General Statutes § 53a-202(c), on July 28, 2004 and (2) Possession of a Stolen Firearm, in violation of Connecticut

General Statutes § 53a-212, on July 28, 2004, did knowingly possess a firearm in and affecting commerce, that is, an Industria Nacional D'Armas (INA) Model 3 .32 caliber handgun, bearing serial number 234310, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TEN
(Possession with Intent to Distribute Heroin)

12. On or about October 22, 2011, in the District of Connecticut, the defendant JESUS MORALES, a.k.a. "Cano," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN
(Possession with Intent to Distribute Heroin)

13. On or about December 28, 2011, in the District of Connecticut, the defendant JOSE TORRES, a.k.a. "Lethal," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE
(Possession with Intent to Distribute Cocaine Base)

14. On or about April 19, 2012, in the District of Connecticut, the defendant VINCENT CLARK, a.k.a. "Nu-Nu" and "Duke," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTEEN
(Use of a Telephone to Facilitate the Commission of a Narcotics Trafficking Felony)

15. On or about December 6, 2011, the defendant PATRICK BATCHELOR, a.k.a. "Diddy," did knowingly and intentionally use a communications facility, that is, a telephone, to facilitate the knowing, intentional and unlawful possession with intent to distribute heroin, a Schedule I controlled substance, which act is prohibited by Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION
(Controlled Substances Offenses)

16. Upon conviction of one or more of the controlled substances offenses alleged in Counts One through Five and Ten through Thirteen of this Indictment, the defendants KEVIN WILSON, a.k.a. "Nature" and "Nate," RICHARD ANDERSON, a.k.a. "Mayut" and "Porter," LYNWOOD BACOTE, a.k.a. "Max," BRAD BRANNIC, a.k.a. "Cracks," PATRICK BATCHELOR, a.k.a. "Diddy," TOMMY BATTLE, a.k.a. "Twin," JEFFREY BENTON, a.k.a. "Fresh," CHOLOE BRIGHT, a.k.a. "Chi-Chi" and "Chello," EZEL BUCHANAN, a.k.a. "EZ," PHILIP BRYANT, a.k.a. "Phat Phil" and "Fizzy," RAYMOND CARSON, a.k.a. "Dirt," VINCENT CLARK, a.k.a. "Nu-Nu," FREDRICK COX, a.k.a. "Boot," FREDRICK COX, Sr., a.k.a. "Bama-Lama," DARRELL DAVIS, a.k.a. "Baller," JOHNNY DE LOS SANTOS, a.k.a. "Na-Na," JOSE DEJESUS, a.k.a. "Flaco," JOSHUWA DIAZ, a.k.a. "Fot," ERIC DURANT, a.k.a. "5-8," DANIEL EVANS, a.k.a. "D-Nice," GILBERT GALAN, Jr., a.k.a. "G" and "Skittles," PIERRE GALAN, a.k.a. "PLO," JERMAINE GALBERTH, a.k.a. "Maine," CARL HAILEY, a.k.a. "Squirt," WILLIAM HINES, a.k.a. "Gunz," EMORY JAMES, a.k.a. "Emmo,"

LAMAR JONES, a.k.a. "Cream," COREY MADDOX, a.k.a. "CL," JAMES MOORE, a.k.a. "Coolie D," JESUS MORALES, a.k.a. "Cano," RICKY NEWTON, a.k.a. "Sup," CHRISTINA PALLUOTO, AMAURY P'DILLA, a.k.a. "Audi," QUIYON REED, a.k.a. "Gutter," ROY REID, a.k.a. "Jamma," NELSON RIOS, a.k.a. "Pito," MICHAEL SANTANA, ROBERT SANTOS, a.k.a. "Scoot," ALEXIS SUTTON, JOSE TORRES, a.k.a. "Lethal," JUAN VARGAS, a.k.a. "Juan Chiefy," JACQUELINE VALENTINE, TYRESE WHITE, a.k.a. "Ears," and MARCUS WYLIE, a.k.a. "Wally Don," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841, 843 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

17. If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

### FORFEITURE ALLEGATION
(Firearms Offenses)

18. Upon conviction of the firearms offenses alleged in Counts Six, Seven, Eight and

Nine of this Indictment, the defendants KEVIN WILSON, a.k.a. "Nature" and Nate," GILBERT GALAN, Jr., a.k.a. "G" and "Skittles," and PIERRE GALAN, a.k.a. "PLO," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: a Cobra Enterprises Model Patriot .45 caliber handgun, bearing serial number M005307, a Hopkins & Allen .32 caliber handgun, bearing serial number 7556, an Industria Nacional D'Armas (INA) Model 3 .32 caliber handgun, bearing serial number 234310, and six rounds of Remington .32 caliber ammunition, all of which were seized January 3, 2012.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY

MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY